FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 9 1996

JAMES R. LARSEN, CLERK
_____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA )
)
        Plaintiff, )
) MOTION FOR DETENTION
vs. ) HEARING
)
JAY MERRELL, aka JAY, ) No. 96-0379A-01
)
        Defendant. )
)

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because case involves (check all that apply):

    __X__ Crime of violence (18 U.S.C. § 3156)

    __X__ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    __X__ Serious risk obstruction of justice

2. <u>Reason For Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

MOTION FOR DETENTION HEARING - 1
T61009lc.TRa

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under Section 3142(e). (If yes) The presumption applies because (check one or both):

   _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing</u>. The United States requests the court conduct the detention hearing,

   ___ At first appearance

   _X_ After continuance of _3_ days (not more than 3).

5. <u>Other Matters</u>.

DATED this _9th_ day of October, 1996.

JAMES P. CONNELLY
United States Attorney

*(signed)* Thomas O. Rice

THOMAS O. RICE
Assistant United States Attorney

MOTION FOR DETENTION HEARING - 2
T61009lc.TRa