1  Law Office of Jeffrey S. Niesen
2  Jeffrey S. Niesen
   1411 W. Pinehill Road
3  Spokane, Washington 99218
   Tel: 509 822-7140
4
   Counsel for Defendant
5

6

7              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
8

9

10 UNITED STATES OF AMERICA         Case No. 96 CR 00257-WFN-1

11
                Plaintiff,          **Defendant's Statement to**
12 vs.                              **The Court**

13

14 VERNE JAY MERRELL

15        Defendant.

16 _____/

17

18    Attached hereto is defendant's 4 page handwritten statement - typed for

19 reading convenience - to the Court.

20

21
   Date: June 30, 2020              Law Office of Jeffrey S. Niesen
22
                                    s/Jeffrey S. Niesen for
23
                                    Verne Jay Merrell
24

25

26                    Certificate of Service

27

28

Defendant's Statement to the Court        1

1  I hereby certify that on June 30, 2020, I electronically filed the foregoing with the
2  Clerk of the Court using the CM/ECF System which will send notification of such
3  filing to the following: AUSA Joseph Harrington and Stephanie Lister Counsel for
4  the United States of America.
5
6           s/Jeffrey S. Niesen (33850),
            Law Office of Jeffrey S. Niesen
7           1411 W. Pinehill Rd.  Spokane WA, 99218
            509-822-7140;
8           jsniesen1@yahoo.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant's Statement to the Court          2

Judge Nielson,

I never intended to injure anyone, and for many years I believed there were no human victims of our acts in 1996. That is until I was presented with the victim statements. Upon reading them I realized our acts had a severe impact upon innocent people, for which I am profoundly sorry. And if it were possible for me to go back through time and slap some sense into the stupid fool who I was in 1996, I would do so in a heartbeat. But no man can roll back time and undo his foolhardy mistakes. And that man of 1996 no longer exists - all that remains of him is a burned out old fool who will never recover from his stupidity, nor be able to assuage the damage he has done.

ATTACHMENT
- B -

I had hoped only to awaken people to the folly of spending the future of your posterity with impossible debt and the subjection of that same posterity to an early demise. No such nation in the annals of man has endured when they have done so. But our methods turned out to be an exercise in profound stupidity.

And though we took the steps of acting on a day the Planned Parenthood Clinic was closed and evacuated the bank personnel before setting the charge to ensure no human physical injuries, the psychological impact was one we did not foresee, and for which I shall be plagued for the remainder of my days. If I could I would undo my acts. I know of no way to do so.

-4-

3.

And as I am age 75 this month and in declining health there is no reward for my acts.

I still believe no nation nor civilization can endure who have lost their culture and decimated their posterity. But I now also know people who have done such cannot be awakened to the consequence of their acts, as history is stark evidence and witness. Nor will they church even attempt to do so.

No nation so removed from their foundational principles can endure. And it is surely your prerogative to dispose of me as you see fit. If you elect to release me I shall prefer to go to Israel, Alaska and support myself in service to the passing West. To study what the culture and economy of the United States is

-5-

soon collapse, and I want no part of that chaos.

I expect Alaska to be as removed as I can get from what has already begun: The beginning of sorrows.

I pray for the people of this land as Judgment matures. May the Creator have mercy on us all. But I fear that He who rules in the affairs of men will not forgive the murder of tens of millions of innocent unborn — for who can be more innocent than they who have yet to draw breath; and He shall not forget the plunder of the honest laborer by the fraudulent expedient of fiat currency. And the time of His Recompense is come upon us all. And as He has promised, so He shall He perform.

Very Respectfully,

Vernon Jay Merrell

09030-085

Judge Neilsen

I never intended to injure anyone. And for many years I believed there were no human victims of our acts in 1996. That is until I was presented with the Victim Statements. Upon reading I realized our acts had a severe impact upon innocent people, for which I am profoundly sorry. And if it were possible for me to go back through time and slap some sense into the stupid fool who I was in 1996, I would do so in a heartbeat. But no man can roll back time and correct his foolhardy mistakes. And that man of 1996 no longer exists – all that remains of him is a brunt out old fool who will never recover from his stupidity nor be able to assuage the damage he has done.

I had hoped only to awaken people to the folly of spending the future of your posterity with impossible debt and the relegation of that same posterity to an early demise. No such nation in the annals of man has endured when they have done so. But our methods turned out to be an exercise in profound stupidity.

And though we took the steps of acting on a day the Planned Parenthood Clinic was closed and evacuated the bank personnel before setting the charge to ensure no human physical injuries the psychological impact was one we did not foresee, and for which I shall be plagued for the remainder of my days. If I could I would undue my acts. I know of no way to do so.

And as I am aged 75 this month and in declining health there is no amend for my acts.

I still believe no nation or culture can endure who have spent their future and decimated their posterity, but I now also know people who have done such cannot be awakened to the consequence of their acts – as history is stark evidence and witness. And it is pointless to even attempt to do so.

No nation so removed from their foundational principles can endure. And it is surely your prerogative to dispose of me as you see fit. If you elect to release me I shall prefer to go to Kenai, Alaska and support myself in service to the fishing fleet. As I fully expect the culture and economy of the United States to soon collapse, and I want no part of that chaos. I expect Alaska to be as removed as I can get from what has already begun: The beginning of sorrows.

I pray for the people of this land as judgment matures. May the Creator have mercy on as all. But I fear that He who rules in the affairs of man will not forgive the murder of tens of millions of innocent unborn – for who can be more innocent than they have yet to draw breath; and He shall not forget the plunder of the honest laborer by the fraudulent expedient of fiat currency. And the time of His Recompence (sp) is come upon as all. And as He has promised so too shall He perform.

                                                          Vernon Jay Merrell